UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANA M. CARDOSO,

    Plaintiff,

v.   CASE NO. 8:13-cv-1872-T-23TBM

THE LAW OFFICES OF OMAR F.
MEDINA, PROFESSIONAL
ASSOCIATION, et al.,

    Defendants.
_____/

## **ORDER**

The plaintiff sues (Doc. 1) under the Fair Labor Standards Act. The parties move (Doc. 68) for approval of a settlement agreement. *See generally Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). The agreement (Doc. 68-1) is "fair and reasonable," and the parties negotiated attorney's fees separately from the plaintiff's recovery. The motion (Doc. 68) is **GRANTED**. The settlement agreement (Doc. 68-1) is **APPROVED**, and this action is **DISMISSED WITH PREJUDICE**.

ORDERED in Tampa, Florida, on August 3, 2015.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE